**Doris BARKSCHAT, Appellant, v. Frank CHICHESTER, Trustee in Bankruptcy of the Estate of Henry Barkschat, Bankrupt, Appellee.**

No. 8986.

Circuit Court of Appeals, Ninth Circuit.

Feb. 17, 1939.

Rex B. Goodcell, Manley C. Davidson, and Bertram H. Ross, all of Los Angeles, Cal., for appellant.

Ignatius F. Parker, of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and after oral arguments of counsel, ordered order of District Court reversed, that a decree be filed and entered accordingly, and the mandate of this court issue as provided in Rule 28.

**BELOIT IRON WORKS, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 6677.

Circuit Court of Appeals, Seventh Circuit.

Dec. 7, 1938.

P. J. E. Wood and O. A. Oestreich, both of Janesville, Wis., for petitioner, Beloit Iron Works.

Robert Watts, Associate Gen. Counsel, of Washington, D. C., for National Labor Relations Board.

Before EVANS, TREANOR, and KERNER, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between the attorneys for the respective parties hereto that petitioner, Beloit Iron Works, will, within three days from the date hereof, offer immediate and full reinstatement to George Tucker and will post notices in the form hereto attached, in conspicuous places throughout its plant and maintain such notices for a period of thirty (30) consecutive days from the date of posting. It is hereby further stipulated and agreed that upon compliance with the foregoing, the issues of the above-entitled proceeding shall be disposed of by a decree in the manner and form hereto annexed, vacating and setting aside with prejudice the Decision and Order of the Board herein.

"Dated: November 23, 1938."

"Dated: November 19, 1938.

"The notice to be posted in accordance with the annexed stipulation shall be in the following form:

"Section 7 of the National Labor Relations Act provides as follows: 'Employees shall have the right to self-organization, to form, join, or assist labor organizations, to bargain collectively through representatives of their own choosing, and to engage in concerted activities, for the purpose of collective bargaining or other mutual aid or protection.'

"This Company, in recognition of the above, agrees that it will fully comply therewith and that it will in no way interfere with the rights of the employees guaranteed therein.

"Beloit Iron Works"

Upon the foregoing stipulation, it is hereby ordered and decreed that the decision and order of the National Labor Relations Board in the proceeding entitled "In the Matter of Beloit Iron Works and International Association of Machinists: Case No. C-433" be and the same is hereby vacated and set aside with prejudice.